**Order filed December 29, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00584-CV

_____

## IN THE INTEREST OF M.L.R.S., A CHILD

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2019-70099**

---

## ORDER

The court reporter has informed this court that appellant, Aquila Norvell, has not requested that the reporter's record be prepared. On November 30, 2020, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of the request for the reporter's record. *See* Tex. R. App. P. 37.3(c). No response has been received.

Accordingly, we order appellant to file a brief in this appeal within **30 days**. If appellant fails to comply with this order, the court may dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher. Wise, and Hassan.